UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD JACKIMOWICZ,

Plaintiff,

v. Case No: 2:14-cv-64-FtM-38DNF

CAPITAL ONE BANK (USA), N.A.,

Defendant.
_______________________________/

**ORDER[1]**

This matter comes before the Court on the Plaintiff, Edward Jackimowicz Notice of Settlement (Doc. #17) filed on March 18, 2014. The Plaintiff filed a Notice of Settlement and withdrawal of Motion to Remand, however, the actual document filed in the Notice pertains to a case pending before the small claims court in the Twentieth Judicial Circuit in and for Lee County, Florida. It appears that a clerical error was made in filing the Notice and therefore, the Notice is due to be stricken.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff, Edward Jackimowicz Notice of Settlement (Doc. #17) is hereby **STRICKEN**. The Clerk of the Court is directed to **STRIKE** the Notice and remove the filing from the docket sheet.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2014.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record