UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD JACKIMOWICZ,

    Plaintiff,

vs.                             CASE NO.:  2:14-CV-00064-SPC-DNF

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, EDWARD JACKIMOWICZ, by and through the undersigned counsel, and states that the parties have reached a settlement agreement in this case and, respectfully notice this Honorable Court of such. As such, Plaintiff hereby withdraws its Motion for Remand. A Motion for Voluntary Dismissal will be filed once settlement has been received.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Clerk of this Court by CM/ECF system and served by email through the CM/ECF system to Laura Tanner, Esq., at Ltanner@burr.com, and to Joshua H. Threadcraft, Esq., at Joshua.Threadcraft@burr.com, on this 18th day of March, 2014.

    /s/ Marcus Viles, Esq.
Marcus W. Viles
Florida Bar #:  0516971
VILES AND BECKMAN, LLC
6350 Presidential Court
Fort Myers, Fl 33919
239-334-3933
marcus@vilesandbeckman.com
matt@vilesandbeckman.com
alison@vilesandbeckman.com